Case 2:20-cv-02243-PKH   Document 1   Filed 12/21/20   Page 1 of 12 PageID #: 1

FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Dec 21, 2020
OFFICE OF THE CLERK

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
_____ DIVISION

Wayne Madole, et al
(Enter above the full name of the plaintiff
in this action.)

Prisoner ID No. ADC 158959   Franklin CD. 920694
(Do Not Put Your Social Security Number)

V.

Franklin County Jail, et al
Jimmy Dorney & Staff

CASE NO. 20-2243

Jury Trial: Yes ___ No X
(Check One)

(Enter above the full name of the defendant,
or defendants, in this action.)

I.  Previous Lawsuits

  A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

   Yes ___   No X

  B. If your answer to A is yes, describe each lawsuit in the space below including the exact plaintiff name or alias used. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this lawsuit

   Plaintiffs: _____

   Defendants: Franklin County Jail Administration including but not limited to all Staff on duty at time of incident

   2. Court (if federal court, name the district; if state, name the county): _____

   3. Docket number: _____

   4. Name of judge to whom case was assigned: _____

   5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

   6. Approximate date of filing lawsuit: _____

   7. Approximate date of disposition: _____

II. Place of Present Confinement: Franklin County Jail
P.O. Box 233, Ozark, AR 72949

III. There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. **Failure to complete the grievance procedure may affect your case in federal court.**

   A. Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

   Yes  X    No _____

   Attach - Response (Exhibit A)
   B. If your answer is YES, Attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. **FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.** If copies are not available, list the number assigned to the grievance(s) and the approximate date it was presented.

   C. If your answer is NO, explain why not: _____

IV. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

   Attach Response (Exhibit B)
   A. Your Full Name: Wayne Madole, et al (see attached plaintiff list)
   Address: _____

(In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

Do Not List Witnesses.

You may not name the jail as a Defendant. The jail is a building and cannot be sued.

   B. Read carefully and fill out all information sought.

   1. Defendant #1.
   Full Name: Jimmy Dorney, et all (see Exhibit C)
   Position: Jail Administrator
   Place of Employment: Franklin County Jail
   Address: P.O. Box 233, Ozark AR 72949

—2—

**2. Defendant #2**

**Full Name:** _(Exhibit c)_

**Position:** _____

**Place of Employment:** _____

**Address:** _____

**3. Defendant #3**

**Full Name:** _(Exhibit c)_

**Position:** _____

**Place of Employment:** _____

**Address:** _____

**4. Defendant #4**

**Full Name:** _(Exhibit c)_

**Position:** _____

**Place of Employment:** _____

**Address:** _____

If you need more space for additional Defendants, list the additional Defendants on another piece of paper, using the same outline.

V.    At the time of the alleged incident(s), were you:
      (check the appropriate blank)

__X__ in jail and still awaiting trial on pending criminal charges
_____ serving a sentence as a result of a judgment of conviction
__X__ in jail for other reasons (*e.g.*, alleged probation violation, etc.)

Explain: _in jail on alleged Parole violation and alleged pending criminal charges_

Please provide the date of your conviction or probation or parole revocation:

_11-13-2020_

—3—

## VI. Statement of Claim

State <u>every</u> ground on which you claim that one or more of the Defendants violated your federal constitutional rights. For example, if you have an excessive force claim and a denial of medical care claim, you must fill out a separate section for each different claim. This section should be limited to the <u>facts</u> of your claim.

With respect to <u>each</u> claim, briefly describe the actions taken by each Defendant who you believe was involved in violating your rights. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. (Use as much space as you need. Attach extra sheets if necessary.)

<u>Claim Number # 1</u>:

Type of Claim (for example, excessive force, denial of medical care, etc.):

Cruel & unusual Punishment

Date of the Occurrence: 12-2-2020 thru 12-5-2020

Name of Each Defendant involved: (See Exhibit C)

Describe the acts or omissions of the Defendant(s) that form the basis for Claim #1 and any harm caused by it.

1. On Dec. 2nd 2020, I was denied to come out my cell for 1 hour, was not allowed to take shower, denied access to Kiosk and phone. I was also forced to stay in cell for 23 hour lockdown from 12-2-2020 thru 12-5-2020. From 12-2-2020 thru 12-5-2020 I was denied clean clothes, indigent items, and hygiene. I was also denied my commissary that was held in my property. (See attached Exhibit D)

With regard to Claim #1, are you suing Defendant(s) in his or her: (check the appropriate blank)

✔ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

___ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

✔ both official and personal capacity

-4-

**If you are asserting an official capacity claim**, please describe the custom or policy that you believe caused the violation of your constitutional rights.

I believe that I have the right to personal hygiene and clean clothes on a scheduled basis, access to phone and kiosk system, commissary items, law library, an inmate handbook stating jail rules, property sheet listing all property at time of booking, my wedding ring and sacremental religious item, plus inmates should not be forced to be on 23 hour lockdown without due cause

**Claim Number # 2:**

**Type of Claim** (for example, excessive force, denial of medical care, etc.):

Inhumane Living Conditions

**Date of the Occurrence:** 12-2-2020 thru 12-5-2020

**Name of Each Defendant involved:** See Exhibit C.

**Describe the acts or omissions of the Defendant(s) that form the basis for Claim #2 and any harm caused by it.** Me and several other inmates are being forced to be on 23 hour lockdown without due cause, denied clean clothing on several occasions from 12-2-2020 thru 12-8-2020, and denied hygiene and indigent items.

**With regard to Claim #2, are you suing Defendant(s) in his or her:** (check the appropriate blank)

\_\_\_\_\_ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

\_\_\_\_\_ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

__X__ both official and personal capacity

–5–

**If you are asserting an official capacity claim**, please describe the custom or policy that you believe caused the violation of your constitutional rights.

We as inmates have civil Rights that must be protected at all times. One of those rights is to live in human conditions that are safe & sanitory. Toothbrushes, toothpaste, soap, shampoo, dry towels, and indigent items such as writing paper and pen/pencil are essential to our health & well being. Clean laundry is also critcal.

**Claim Number # 3:**

**Type of Claim (for example, excessive force, denial of medical care, etc.):**
_____
_____

**Date of the Occurrence:** _____

**Name of Each Defendant involved:** _____
_____
_____
_____

**Describe the acts or omissions of Defendant(s) that form the basis for Claim #3 and any harm caused by it.**

_____
_____
_____
_____
_____
_____
_____

**With respect to Claim #3, are you suing Defendant(s) in his or her: (check the appropriate blank)**

____ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

____ both official and personal capacity

**If you are asserting an official capacity claim,** please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____
_____
_____
_____
_____
_____

If you need more space for more claims, list the additional claims on another piece of paper, using the same outline.

### VII. Relief

If you are seeking to recover damages from the named Defendants, check the appropriate blank or blanks below for the type or types of damages that you are seeking:

[X] **Compensatory damages** (designed to compensate persons for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights)

[X] **Punitive damages** (designed to punish a defendant for engaging in misconduct and deter a defendant and others from engaging in such misconduct in the future)

State briefly below any other relief you are seeking in this action. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to recover those damages.

I am seeking a financial compensation of 1 million dollars, per inmate and per violation. I am also seeking punitive damages for misconduct such as termination from position and or a mandatory civil Rights regulation to be assisted by federal government immediately.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this _____ day of _____, 20____.

Wayne Madole
**Printed Name of Plaintiff**

_(signature)_
**Signature of Plaintiff**

–7–

Exhibit A - Grievance Dates as of 12-14-20

1. 12-6-20, 1:24 pm   Resolved without appeal
2. 12-6-20, 9:46 pm   Resolved without appeal
3. 12-7-20, 5:02 pm   Resolved without appeal
4. 12-9-20, 12:50 pm  pending
5. 12-9-20, 12:56 pm  pending
6. 12-10-20, 2:20 pm  pending
7. 12-14-20, 11:37 am pending
8. 12-14-20, 3:31 pm  pending
9. 12-14-20, 5:27 pm  pending
10. 12-14-20, 5:30 pm pending

(Exhibit B)                                        12-8-2020

If anyone wants to be a part of this class action lawsuit, I need your name & home address, in case we get moved I will notify court's to send Documents there. I also need an expanation of any other issues or grievances you have filed on kiosk. This is what I am arguing for us:

1. From Dec. 2 thru Dec. 5, 2020, Inmates were denied by staff on duty for the following:
   • Cleaning Supplies
   • Hygiene / Clean laundry
   • Indigent Supplies
   • forced lockdown for 23/1 without cause.

Anything else let me know. Please Print & Sign below if you would like me, Wayne Madole to file a 1983 class action lawsuit and I will have courts make copy of this paper along with all other court filings to send back to you.

DAVID TAYLOR      7259
Elijah Delisle    170657
Patrick Snow      8788
Phillip Rice      5523

Exhibit C
Defendants names

Jimmy Dorney and other jail staff. I have requested names of staff with no answer on grievance (See Exhibit A)

Exhibit D - Amended          Dec. 9, 2020

1. With regards to the claim for cruel & unusual punishment & or inhumane living conditions, however the court deems necessary for a proper claim, the following events took place, specifically to Wayne Meddle.

  a. On Dec. 2, 2020, I was brought into jail from Logan County and I was locked in my cell without being able to take a shower or walk around out of my cell. My cell was filthy and I asked for cleaning supplies but was denied.

  b. On Dec. 3, 2020, I was denied hygiene and cleaning supplies. I was also denied my commissary I had just bought from Logan county. Later that evening I was not allowed out of my cell for shower or 1 hour.

  c. The following events are facts but not in chronological order. See grievances for times & dates:
   I. Never signed property sheet at time of booking.
   II. Never received inmate handbook
   III. Denied access to law library
   IV. Denied my right to wearing a sacrimental religious Hamsa necklace.
   V. Staff has not responded to several grievances or account statement sheet.

  D. The following events pertain to all plaintiffs:
   I. Forced 23 hour lockdown. (See grievances)
   II. Forced to wear dirty clothes. (See grievances)
   III. Denied cleaning supplies & hygiene (See grievances)


Wayne Madole
PO Box 233
Ozark, AR 72949-233

Received WD/AR
DEC 18 2020
U.S. Clerk's Office

Sherry Gilbertson
Pro Se Law Clerk
35 East Mountain Street, Suite 510
Fayetteville, AR 72701

INMATE MAIL
from Franklin County
Detention Center

FOREVER / USA
FOREVER / USA